Nasser YAZDI, Plaintiff–Appellant

v.

Jerry MOWAD, Individually; Kelly Aguilar/Dickson, Individually; Duane Baker, Individually; John Doe, Individually; John Doe, Individually; Jane Doe, Individually, Defendants–Appellees.

No. 11–50660
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 29, 2011.

Nasser Yazdi, El Paso, TX, pro se.

John David Gates, Esq., Michael Rudy Wyatt, El Paso, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

We AFFIRM the district court's decision to dismiss this case with prejudice for essentially the same reasons set forth in its Memorandum Opinion and Order.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.